USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/7/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
:
SECURITIES AND EXCHANGE COMMISSION,                      :
:     Civil Action
                    Plaintiff,       :
:     No. 23 Civ. 05564 (VM)
    vs.                                               :
:
AMIT DAGAR, and                                          :
ATUL BHIWAPURKAR,                                        :
:
                    Defendants.      :
:
------------------------------------------------------------------------x

       WHEREAS, on September 5, 2023, the Government submitted a motion seeking to intervene in this action and seeking a complete stay, in light of the pendency of the parallel criminal action *United States* v. *Amit Dagar and Atul Bhiwapurkar*, 23 Cr. 319 (ALC) (the "Criminal Action"), in which an information has been filed; and

       WHEREAS, defendants Amit Dagar and Atul Bhiwapurkar consent, respectively, to the complete stay sought by the Government; and

       WHEREAS, the Securities and Exchange Commission takes no position on the request for a complete stay; and

       WHEREAS, the Court finds that a complete stay in this action is in furtherance of the interests of justice and will not prejudice any party; it is hereby

       **ORDERED** that the Government's motion to intervene is GRANTED.   It is further

       **ORDERED** that this action is stayed in its entirety until the completion of the Criminal Action.

SO ORDERED:

_____
Victor Marrero
U.S.D.J.

9/7/2023
DATE