UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                                    Plaintiff(s),<br><br>v.<br><br>AMIT DAGAR, et al.,<br><br>                                    Defendant(s). | 23-CV-5564 (DEH)<br><br>**NOTICE OF REASSIGNMENT** |

DALE E. HO, United States District Judge:

    This case has been reassigned to the undersigned.  All counsel must familiarize themselves with the Court's Individual Practices, which are available at https://nysd.uscourts.gov/hon-dale-e-ho.  Unless and until the Court orders otherwise, all prior orders, dates, and deadlines, including the order staying this action, shall remain in effect notwithstanding the case's reassignment.  Within seven days of any resolution of the parallel criminal action, *United States v. Dagar,* et al., No. 23 Cr. 319 (ALC), the parties shall file a joint status letter on ECF apprising the Court of the status of the case and proposing next steps in this litigation.

Dated: October 23, 2023
       New York, New York

 

_____
DALE E. HO
United States District Judge