UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. Securities & Exchange Commission,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>Dagar et al.,<br><br>　　　　　　　　Defendants. | 23-CV-5564 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

　　On December 27, 2024, this Court directed the Clerk of Court to enter final judgments against the two Defendants in this case, Amit Dagar and Atul Bhiwapurkar. *See* ECF Nos. 45 & 46. Therefore, this case is now closed. The Clerk of Court is respectfully directed to terminate this case.

　　SO ORDERED.

Dated: February 4, 2025
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Dale E. Ho_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　DALE E. HO
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge